**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| CJCS INC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No: 3:25-cv-3057 |
| vs. | ) |
| | ) |
| CHURCH MUTUAL INSURANCE | ) |
| COMPANY, S.I., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

NOW COMES the Defendant, CHURCH MUTUAL INSURANCE COMPANY, S.I. on an agreed basis with Plaintiff, CJCS INC. and hereby provides notice to the Court that the parties have agreed to settle the instant matter, subject to a forthcoming written release and settlement agreement. The parties expect to submit a Fed. R. Civ. P. 41 stipulation to dismiss within the next thirty (30) days and request that all deadlines, and all briefing on Plaintiff's motion for partial summary judgment (Dkt. 13) be stayed pending the forthcoming Fed. R. Civ. P. 41 stipulation to dismiss.

Respectfully Submitted,

**CHURCH MUTUAL INSURANCE
COMPANY, S.I.,**

By: _____
One of its Attorneys

James P. DuChateau, Esq.
Brandt T. Miller
HeplerBroom, LLC
70 W. Madison Street, Suite 2600
Chicago, Illinois 60602
Phone No. (312) 230-9100
Fax No. (312) 230-9201
Email: james.duchateau@heplerbroom.com
Email: brandt.miller@heplerbroom.com
***ATTORNEYS FOR DEFENDANT***

## CERTIFICATE OF SERVICE

    The undersigned, an attorney of record, states that on December 1, 2025, he caused to have electronically filed with the Clerk of the Court, ***Notice of Settlement***, and caused the same to be served on all attorneys of record via CM/ECF.

                            By:  /s/ James P. DuChateau