E-FILED
Thursday, 11 December, 2025  08:28:22 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| CJCS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: 3:25-cv-3057 |
| vs. | ) | |
| | ) | |
| CHURCH MUTUAL INSURANCE | ) | |
| COMPANY, S.I., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS

NOW COMES the Defendant, CHURCH MUTUAL INSURANCE COMPANY, S.I.  on

a joint and agreed basis with Plaintiff, CJCS INC. and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)

hereby stipulate and agree that all matters in controversy have been compromised and settled to

the satisfaction of the parties; and that further, this cause of action shall be dismissed with prejudice

and without costs to any party herein.


SO STIPULATED,

**CJCS, INC.**

/s/ Edward Eshoo

Edward Eshoo, Esq.
MERLIN LAW GROUP
181 W. Madison St., Suite 3475
Chicago, IL  60602
Telephone: (312) 260-0806
Email: eeshoo@merlinlawgroup.com
***ATTORNEY FOR PLAINTIFF***

SO STIPULATED,

**CHURCH MUTUAL INS. CO., S.I.,**



James P. DuChateau, Esq.
HEPLERBROOM, LLC
70 W. Madison Street, Suite 2600
Chicago, IL  60602
Phone: (312) 230-9100
Email: james.duchateau@heplerbroom.com
***ATTORNEY FOR DEFENDANT***

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, states that he filed *Fed. R. Civ. P. 41(a)(1)(A)(ii) Stipulation to Dismiss* via CM/ECF on December 11, 2025, causing a copy of the same to thereby be served on all counsel of record.

By:    /s/ James P. DuChateau
One of its attorneys